IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HERBERT SILER,

    Petitioner,

v.

J.V. FLOURNOY, Warden,

    Respondent.

CIVIL ACTION NO.: 2:15-cv-100

## **O R D E R**

Petitioner, an inmate at the Federal Correctional Institute in Jesup, Georgia, has filed an action under 28 U.S.C. § 2241. The record reflects that Petitioner has paid the $5.00 filing fee.

The United States Marshal is hereby directed to serve a copy of the Petition and a copy of this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. See Fed. R. Civ. P. 4(i).

Respondent is hereby ordered to show cause, in writing, why the Petitioner's writ should not be granted by filing a return and response with the Clerk of Court, Post Office Box 1636, Brunswick, Georgia, 31521, within twenty (20) days of the date of service.

While this action is pending, Petitioner **shall** immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case..

**SO ORDERED**, this 29th day of July, 2015.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA